IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL YOUNG and CHRISTINE YOUNG, as Trustees of the YOUNG FAMILY TRUST, U.D.T., dated December 13, 2008,<br><br>        Defendants. | Case No. C13-2453 JSC<br><br>**ORDER CLARIFYING NAMED DEFENDANTS** |

In this Americans with Disabilities Act access case the Complaint lists "CREAM NAILS" in the caption as a defendant; however, none of the Causes of Action name Cream Nails and none of the Complaint's allegations state a claim against Cream Nails. Moreover, summons has not been issued for Cream Nails. Accordingly, Cream Nails, to the extent it ever was a defendant, is dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated: October 22, 2013

                                            _____
                                            JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE