IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL YOUNG and CHRISTINE YOUNG, as trustees of the YOUNG FAMILY TRUST, U.D.T., dated December 13, 2008,<br><br>    Defendants._____/ | No. C-13-2453 JSC (MED)<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge